### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

EVELYN N. MCBRIDE,

        Plaintiff,

v.                          Case No. 06-2535-JWL-GLR

MEDICALODGES, INC.,

        Defendant.

---

DOROTHY ANN JOYNER,

        Plaintiff,

v.                          Case No. 06-2536-JWL-GLR

MEDICALODGES, INC.,

        Defendant.

---

TONETTE R. EALY,

        Plaintiff,

v.                          Case No. 06-2538-JWL-GLR

MEDICALODGES, INC.,

        Defendant.

---

### MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' "NOTICE OF VIDEOTAPE DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)"

COMES NOW Defendant Medicalodges, Inc., by and through its counsel of record, and pursuant to Fed. R. Civ. P. 26(c), moves the Court for a protective order limiting the scope of discovery regarding the matters set forth in Plaintiffs' amended "Notice of Videotape Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)." [Doc. 94]. In support of this Motion, Defendant files a Memorandum in Support simultaneously herewith.

Respectfully submitted,

**s/ Jason D. Stitt          1/8/08**
Alan L. Rupe              #08914
S. Douglas Mackay         #16788
Jason D. Stitt            #22216
KUTAK ROCK LLP
8301 E. 21st Street, Suite 370
Wichita, Kansas 67206
(316) 609-7900 (Telephone)
(316) 630-8021 (Facsimile)
alan.rupe@kutakrock.com
doug.mackay@kutakrock.com
jason.stitt@kutakrock.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically transmitted the following document via the CM/ECF system to the Clerk of the District Court, which will send a notice of electronic filing to the following:

Mark Sanderson
5925 Beverly
Mission, KS 66202
mark@sandersonlawoffice.com

Michaela Warden
5925 Beverly
Mission, KS 66202
mmwarden@kc.rr.com

*Attorneys for Plaintiff*

**s/ Jason D. Stitt          1/8/08**
Jason D. Stitt            #22216

4818-2960-1026.1                    2